UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
Case No. _____

NORMAN MEADE, by and through                                    PLAINTIFF
His Court appointed Guardian, HUGHIE MEADE

v.

DIVERSICARE HEALTHCARE SERVICES, INC.,                          DEFENDANTS
DIVERSICARE LEASING CORP.,
DIVERSICARE MANAGEMENT SERVICES CO.,
ADVOCAT INC., and
OMEGA HEALTHCARE INVESTORS, INC.

## NOTICE OF REMOVAL

Defendants, Diversicare Healthcare Services, Inc. f/k/a Advocat Inc., Diversicare Leasing Corp., Diversicare Management Services Co., and Omega Healthcare Investors, Inc. ("Defendants"), hereby remove to the United States District Court for the Eastern District of Kentucky, Ashland Division, the action captioned *Norman Meade, by and through His Court appointed Guardian, Hugh Meade v. Diversicare Leasing Corp., Diversicare Management Services Co., Advocat Inc., and Omega Healthcare Investors, Inc.,* Case No. 13-CI-00383, which is currently pending in Carter Circuit Court, in the Commonwealth of Kentucky. As grounds for its removal of the Action, Defendants state:

1. On December 13, 2013, Hughie Meade, as court-appointed guardian of Hughie Meade, ("Plaintiff") filed a Complaint in Carter County Circuit Court, Case No. 13-CI-00383. Defendant Diversicare Healthcare Services, Inc. f/k/a Advocat Inc. was served with a summons and a copy of the Complaint on December 23, 2013, through the Kentucky Secretary of State. Defendant Omega Healthcare Investors, Inc. was served with a summons and a copy of the Complaint on December 19, 2013, through its registered agent, CT Corporation System. Copies

of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. §1446(a). Defendants Diversicare Leasing Corp. and Diversicare Management Services Co. have not yet been served with any pleadings, process, or other papers in connection with this case but join this notice of removal.

2. Upon information and belief, Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 13-CI-00383, a citizen of the Commonwealth of Kentucky.

3. Defendant Diversicare Healthcare Services, Inc. f/k/a Advocat Inc., at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 13-CI-00383, is a corporation organized under the laws of the state of Delaware and with a principal place of business in Williamson County, Tennessee.

4. Defendant Diversicare Leasing Corp., at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 13-CI-00383, is a corporation organized under the laws of the state of Tennessee and with a principal place of business in Williamson County, Tennessee.

5. Defendant Diversicare Management Services Co., at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 13-CI-00383, is a corporation organized under the laws of the state of Tennessee and with a principal place of business in Williamson County, Tennessee.

6. Defendant Omega Healthcare Investors, Inc., at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 13-CI-00383, is a corporation organized under the laws of the state of Maryland and with a principal place of business in Baltimore County, Maryland.

7. Due to the allegations raised in the Complaint attached hereto, Defendants believe that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs.

8. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1332(a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. §1441(a). This is an action between citizens of different states.

9. This Notice of Removal is filed within thirty (30) days after Defendants received a copy of Plaintiff's Complaint, as required by 28 U.S.C. §1446(b).

10. A copy of this Notice of Removal will be filed with the Clerk for the Carter Circuit Court, in the Commonwealth of Kentucky, and served upon other counsel of record.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

s/Michael F. Sutton
Michael F. Sutton
David L. Haney
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
msutton@gsblegal.com
dhaney@gsblegal.com
*Counsel for Defendants, Diversicare Healthcare Services, Inc. f/k/a Advocat Inc., Diversicare Leasing Corp., Diversicare Management Services Co., and Omega Healthcare Investors, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert W. Miller
Law Offices of Robert W. Miller
P.O. Box 357
Grayson, KY 41143


                                              s/Michael F. Sutton
                                              Michael F. Sutton
                                              David L. Haney
                                              401 West Main Street, Suite 1000
                                              One Riverfront Plaza
                                              Louisville, Kentucky 40202
                                              Telephone: (502) 618-5700
                                              Facsimile: (502) 618-5701
                                              msutton@gsblegal.com
                                              dhaney@gsblegal.com
                                              *Counsel for Defendants, Diversicare Healthcare Services, Inc. f/k/a Advocat Inc., Diversicare Leasing Corp., Diversicare Management Services Co., and Omega Healthcare Investors, Inc.*