| | | |
|---|---|---|
| AOC-S-105   Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>**Civil Summons** | Case Number **13-CI-00383**<br>Court  CI<br>County  CARTER |

Generated: 12/13/2013

*Plantiff,* MEADE, NORMAN   VS. DIVERSICARE HEALTHCARE SERVICES INC,   ,, *Defendant*

DIVERSICARE HEALTHCARE SERVICES INC,
SERVE: KELLY J. GILL
1621 GALLERIA BLVD
BRENTWOOD                     TN   37027

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, LARRY THOMPSON

By _____ ,DC
Date: 12/13/2013

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: _____

[ ] Not Served because: _____

Date: _____, 2____                Served by _____

CI   13-CI-00383
MEADE, NORMAN   VS. DIVERSICARE HEALTHCARE SERVICES INC, ,



Generated:   12/13/2013

| AOC-S-105   Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>Civil Summons | Case Number 13-CI-00383<br>Court CI<br>County CARTER |

*Plantiff,* MEADE, NORMAN   VS. DIVERSICARE HEALTHCARE SERVICES INC, ,, *Defendant*

OMEGA HEALTHCARE INVESTORS, INC.,
SERVE: C.T. CORPORATION SYSTEM
306 W MAIN STREET SUITE 512
FRANKFORT                KY    40601

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, LARRY THOMPSON

By _____T. Young_____ DC

Date: 12/13/2013

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To
[ ] Not Served because
Date:                                                                 Served by

CI   13-CI-00383
MEADE, NORMAN   VS. DIVERSICARE HEALTHCARE SERVICES INC, ,

| | | |
|---|---|---|
| AOC-S-105   Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>**Civil Summons** | Generated: 12/13/2013<br>Case Number **13-CI-00383**<br>Court   CI<br>County   CARTER |

*Plantiff,* MEADE, NORMAN   VS. DIVERSICARE HEALTHCARE SERVICES INC, ,, *Defendant*

ADVOCAT INC.,
SERVE: KELLY J. GILL
1621 GALLERIA BLVD
BRENTWOOD          TN    37027

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, LARRY THOMPSON

By _____T. Young_____, DC

Date: 12/13/2013

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: _____

[ ] Not Served because: _____

Date: _____, 2____.                                    _____ Served by

CI   13-CI-00383
MEADE, NORMAN   VS. DIVERSICARE HEALTHCARE SERVICES INC, ,



COMMONWEALTH OF KENTUCKY
CARTER CIRCUIT COURT
CIVIL ACTION NO. 13-CI-00383

```
FILED
CARTER CIRCUIT DISTRICT COURT
DEC 13 2013
BY: _____ D.C.
LARRY D. THOMPSON, CLERK
```

NORMAN MEADE, by and through
His Court appointed Guardian, HUGHIE MEADE                     PLAINTIFF,

VS.                          **COMPLAINT**

DIVERSICARE HEALTHCARE SERVICES, INC.
    Serve: Kelly J. Gill
           Chief Executive Officer and President
           1621 Galleria Blvd.
           Brentwood, TN 37027

DIVERSICARE LEASING CORP.
    Serve: National Registered Agents, Inc.
           306 W. Main St.
           Frankfort, KY 40601

DIVERSICARE MANAGEMENT SERVICES CO.
    Serve: National Registered Agents, Inc.
           306 W. Main St.
           Frankfort, KY 40601

ADVOCAT INC.
    Serve: Kelly J. Gill
           Chief Executive Officer and President
           1621 Galleria Blvd.
           Brentwood, TN 37027

OMEGA HEALTHCARE INVESTORS, INC.
    Serve: C T Corporation System
           306 W. Main Street
           Suite 512
           Frankfort, KY 40601

                                                                                         **DEFENDANTS**

      Comes now Norman Meade, by and through his Court appointed guardian, Hughie

Meade and for his Complaint against the Defendants, Diversicare Leasing Corp. and Diversicare

Management Services Co., Advocat Inc., Diversicare Healthcare Services, Inc., and Omega Healthcare Investors, Inc., states as follows:

## COUNT I

1. The Plaintiff, Norman Meade, is a resident of Carter County, Kentucky, residing at Mary Branch, Denton, KY 41132.

2. The Plaintiff's son Hughie Meade is the Court appointed guardian of the Plaintiff, by Order of the Boyd District Court, dated the 5th day of February, 2013.

3. The Defendants Diversicare Leasing Corp., Diversicare Management Services Co., Advocat Inc., Diversicare Healthcare Services, Inc., and Omega Healthcare Investors, Inc., are foreign corporations doing business in Kentucky, engaged in the business of operating and owning nursing homes providing residential care for disabled individuals, including the Carter Nursing and Rehabilitation Center in Grayson, Carter County, Kentucky.

4. Norman Meade had become severely ill, and after so becoming ill, had been living as a resident of the Carter Nursing and Rehabilitation Center, which is a nursing home providing residential care for disabled individuals, located in Carter County, Kentucky, which business is solely owned and operated by the Defendants, Diversicare Leasing Corp., Diversicare Management Services Co., Advocat Inc., Diversicare Healthcare Services, Inc., and Omega Healthcare Investors, Inc.

5. The Plaintiff Norman Meade, on or about December 14th 2012, suffered severe injury from a fall, in the Carter Nursing and Rehabilitation Center. As a result of the said fall, the Plaintiff Norman Meade, suffered a fractured spine, fractured ribs, bruising, and marks on his body,

6. As a result of the injuries to the Plaintiff, aforesaid, the Plaintiff suffered damages in an amount, which exceeds that minimum amount necessary to confer jurisdiction upon this Court.

The Plaintiff further claims entitlement to punitive damages, costs expended, and an award of attorney's fees pursuant to applicable law.

7. The Plaintiff, Norman Meade, was an invalid, at the time of the aforesaid acts, as aforesaid, and was unable to protect and care for himself and secure his own well being, all of which was known to the Defendants, Diversicare Leasing Corp., Diversicare Management Services Co., Advocat Inc., Diversicare Healthcare Services, Inc., and Omega Healthcare Investors, Inc., their agents, employees, servants, and ostensible agents.

Therefore, the Plaintiff was dependent upon the Defendants, their agents, ostensible agents, employees and servants to provide the Plaintiff with a safe, clean, secure environment and to provide adequate assistance to protect the Plaintiff from such incidents and from accidents and injury, all of which the Defendants had agreed to provide and had a duty to provide to the decedent, pursuant to Kentucky statutes, regulations and other applicable law.

8. The injury to the Plaintiff, Norman Meade, occurred as aforesaid, as a result of the negligence and neglect of the agents, ostensible agents, employees, and servants, of the Defendants, Diversicare Leasing Corp. and/or Diversicare Management Services Co., Advocat Inc., Diversicare Healthcare Services, Inc., and Omega Healthcare Investors, Inc., in failing to provide necessary, proper and agreed upon care for the Plaintiff, Norman Meade, which failure was the direct and proximate cause of the injuries to the Plaintiff, Norman Meade, as aforesaid.

Wherefore, the Plaintiff, Norman Meade, demands Judgment against the Defendants Diversicare Leasing Corp., Diversicare Management Services Co., Advocat Inc., Diversicare Healthcare Services, Inc., and Omega Healthcare Investors, Inc., as follows:

1. Trial by jury on all issues so triable.

2. That Judgment be entered against the Defendants for damages both compensatory and punitive in an amount, which exceeds that minimum amount necessary to confer jurisdiction upon this Court.

3. Any and all other relief to which the Plaintiff may be entitled, including costs and an award of attorney's fees herein.

*[signature]*
Hon. Robert W. Miller
Law Offices of Robert W. Miller
P.O. Box 357
Grayson, KY 41143

ATTEST: A TRUE COPY
LARRY D. THOMPSON, CLERK
CARTER CIRCUIT/DISTRICT COURT
December 13, 2013