Eastern District of Kentucky
**FILED**

JUL 0 6 2016

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
Case No. 0:14-cv-00004-HRW

HUGHIE MEADE, as Administrator of the
Estate of NORMAN MEADE                                           PLAINTIFF

v.

DIVERSICARE HEALTHCARE SERVICES, INC.,              DEFENDANTS
DIVERSICARE LEASING CORP.,
DIVERSICARE MANAGEMENT SERVICES CO.,
ADVOCAT INC., and
OMEGA HEALTHCARE INVESTORS, INC.

## AGREED ORDER OF DISMISSAL

The Plaintiff and Defendants having agreed and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that any and all claims filed by Plaintiff against Defendants shall be DISMISSED WITH PREJUDICE with the parties to each bear their own costs. This is a final Order and there is no just cause for delay in its entry.

This 6th day of July, 2016.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge

cc: All Counsel

AGREED TO BY:

*s/Michael F. Sutton*
Michael F. Sutton
Sarah E. Tilley
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendants*

*s/Robert W. Miller*
Robert W. Miller
Law Offices of Robert W. Miller
P.O. Box 357
Grayson, KY 41143
Telephone: (606) 474-7827
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert W. Miller
Law Offices of Robert W. Miller
P.O. Box 357
Grayson, KY 41143
thelaw@robertwmillerky.com

        *s/Michael F. Sutton*
        Michael F. Sutton
        Sarah E. Tilley
        401 West Main Street, Suite 1000
        One Riverfront Plaza
        Louisville, Kentucky 40202
        Telephone: (502) 618-5700
        Facsimile: (502) 618-5701
        *Counsel for Defendants, Diversicare Healthcare Services, Inc. f/k/a Advocat Inc., Diversicare Leasing Corp., Diversicare Management Services Co., and Omega Healthcare Investors, Inc.*